UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL E. JOAQUIN,<br><br>                  Petitioner,<br><br>-v-<br><br>WARDEN BRANDON J. SMITH,<br><br>                  Respondent. | CIVIL ACTION NO.: 21 Civ. 9372 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Petitioner Miguel E. Joaquin's request for a two-week extension of time to file a notarized copy of the declaration filed at ECF No. 10 (the "Notarized Declaration") is GRANTED. Mr. Joaquin shall file the Notarized Declaration by **April 20, 2022**. Mr. Joaquin is advised that it is his responsibility to notify the Court in writing if his contact information changes, and that failing to inform the court of an address change could result in dismissal of his case.

The Clerk of Court is directed to mail a copy of this order to Mr. Joaquin at the address below and to note service on the docket.

Dated:    April 6, 2022
              New York, New York

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:
Miguel E. Joaquin
12A0195
Riverview Correctional Facility
1110 Tibbits Drive
P.O. Box 158
Ogdensburg, NY 13669