UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL E. JOAQUIN,

                                        Plaintiff,

                    -v-

WARDEN BRANDON J. SMITH.

                                        Defendant.

---

21 Civ. 9372 (PAE) (SLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 30, 2022, Magistrate Judge Sarah L. Cave filed a Report and

Recommendation (the "Report") in this matter on plaintiff's habeas petition. Dkt. 15; *see also*

Dkt. 1. Objections to the Report were due January 13, 2023. *See* Dkt. 15 at 13–14. On January

19, 2023, the Court received objections from plaintiff, who is representing himself *pro se* in this

matter and currently incarcerated. Dkt. 16. The Court intends to review plaintiff's objections. If

defendant wishes to respond to plaintiff's objections, he must do so by February 17, 2023.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2023
       New York, New York